IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                          CASE NO.: 3:06cv146/MCR/MD

CENTURY CORRECTIONAL INSTITUTION,
    Defendant.

### REPORT AND RECOMMENDATION

This cause is before the court on referral from the clerk. On April 7, 2006, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 alleging defendant's violation of his civil rights by failing to protect him from bodily harm inflicted by another inmate. Plaintiff has now filed a notice of voluntary dismissal (doc. 14) asking for dismissal of his civil rights complaint.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's notice of voluntary dismissal (doc. 14) be granted and that this case be dismissed without prejudice.

At Pensacola, Florida, this 7th day of June, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).